# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00690-CV

**In re James Earl Johnson**

---

**ORIGINAL PROCEEDING FROM BELL COUNTY**

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift

the stay of the trial court's October 11, 2018 order.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field and Toth

Filed: December 5, 2018